## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STATE AUTOMOBILE PROPERTY AND**
**CASUALTY INSURANCE COMPANY,**

      **Plaintiff,**

v.                                      **CIVIL ACTION NO. 06-CV-846 DRH**

**ROCKBRANCH IRONWORKS, INC., and**
**MORRISSEY CONSTRUCTION COMPANY,**

      **Defendants.**


### JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This action came to hearing before the Court on Plaintiff's Motion for Summary Judgment as to its Complaint for Declaratory Judgment.

      **IT IS ORDERED AND ADJUDGED** that Summary Judgment is **GRANTED** for Plaintiff, **STATE AUTOMOBILE PROPERTY AND CASUALTY INSURANCE COMPANY,** finding Plaintiff has no duty to defend or indemnify on the policy of insurance which is the subject of this litigation.

                                 **NORBERT G. JAWORSKI, CLERK**


 December 7, 2007                  BY:_____/s/Patricia Brown_____
                                   Deputy Clerk

APPROVED: _/s/_ _____*David R Herndon*_____
       **CHIEF JUDGE**
       **U.S. DISTRICT COURT**